AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

**FILED**

**DEC 17** 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

|  |  |
|---|---|
| In the Matter of the Search of | ) |
| | ) |
| All computers, computer hardware, computer and digital media, and wireless telephones therein located at 3185 Sleepy Hollow Drive, Sullivan, Missouri, in the County of Franklin. | )  Case No.  4:18-MJ-5300-NAB |
| | ) |
| | ) |
| | ) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____EASTERN_____ District of _____MISSOURI_____
*(identify the person or describe the property to be searched and give its location)*:

All computers, computer hardware, computer and digital media, and wireless telephones therein located at 3185 Sleepy Hollow Drive, Sullivan, Missouri, in the County of Franklin.

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before _____December 31, 2018_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____United States Magistrate Judge Nannetter A. Baker_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _12/17/18 at 11:57am_

_Judge's signature_

City and state:      St. Louis, MO _____

Honorable Nannette A. Baker, U.S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>    4:18-MJ-5300-NAB | Date and time warrant executed: | Copy of warrant and inventory left with: |

| Inventory made in the presence of : |
|---|

| Inventory of the property taken and name of any person(s) seized: |
|---|
|  |

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:

_____
_Executing officer's signature_

_____
_Printed name and title_

## ATTACHMENT A

1. The SUBJECT PREMISES to be searched is located at: 3185 Sleepy Hollow Drive,
   Sullivan, Missouri in the County of Franklin, within the Eastern District of Missouri.
   The residence is a single family ranch style home.  The residence has a screened in front
   porch built across most of the front. The entrance is on the left end of the enclosure.
   There is a red metal carport on the left side of the front of the residence. The residence
   has tan yellow siding with dark green shutters. There is a large shed on the left as you
   enter the board fence entrance of the property. A barn is further out, on the right of the
   residence.

2. The premises to be searched includes any appurtenances to the real property that is the
   SUBJECT PREMISES, and any storage units or outbuildings.

1

## ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEARCHED FOR AND SEIZED

1.      All visual depictions, including still images, videos, films, or other recordings of child pornography or minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, and any mechanism used for the receipt or storage of the same, but not limited to:

Any computer, computer system, cellular devices, Personal Data Assistants (PDAs), and any related peripherals, including any data processing devices and software (including but not limited to central processing units; internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, routers, computer compact disks, CD-ROMs, DVD, and other memory storage devices) as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks).

2.      Computer monitors, keyboards, and computer mice.

3.      Any and all computer passwords and other data security devices designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code.

4.      Any and all computer data that would reveal the presence of malware, viruses, or malicious codes located on the computer storage media, or computer data that would indicate the lack of malware, viruses, or malicious codes.

5.      Any and all documents, records, emails, logs, and Internet history (in documentary or electronic form) pertaining to the production, possession, receipt, or distribution of child pornography or visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, pertaining to an interest in child pornography whether transmitted or received; pertaining to the persuading, inducing, enticing, or coercing of minors to engage in prostitution or any sexual activity; or pertaining to the transfer of obscene matter to minors.

6.      Any and all materials or items which are sexually arousing to individuals who are interested in minors, but which are not in and of themselves obscene or which do not necessarily depict minors involved in sexually explicit conduct. Such material is commonly known as "child erotica" and includes written materials dealing with child development, sex education, child pornography, sexual abuse of children, incest, child prostitution, missing children, investigative techniques of child exploitation, sexual disorders, pedophilia, nudist publications, diaries, and fantasy writings. "Child erotica" may also include, in this context, sex aids and/or toys.

7.      Any and all records, documents, invoices, and materials, in any format or medium (including, but not limited to, e-mail messages, chat logs, and electronic messages, and other digital data files) that concern online storage or other remote computer storage, including, but not limited to, software used to access such online storage or remote computer storage, user logs or archived data that show connection to such online storage or remote computer storage, and user logins and passwords for such online storage or remote computer storage.

2

8.      Records, documents, invoices, and materials that demonstrate use or control of an Internet Service Provider account, including paid bills as well as all records relating to the ownership or use of computer equipment and cellular phone found in the residence.

9.      Documents and records regarding the ownership, possession, and/or control of the searched premises. These records shall be limited to utility bills, telephone bills, and rental agreements.

10.     Any documents, records, programs or applications relating to the existence of counter-forensic programs (and associated data) that are designed to eliminate data from the computers.